UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TYSKIE ROSS**                                                            **CIVIL ACTION**

**versus**                                                                       **NO. 15-749**

**N. BURL CAIN, WARDEN**                                        **SECTION: "B" (3)**

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the petitioner's application for habeas corpus relief is **GRANTED**, that his sentence of life imprisonment without the benefit of probation, parole or suspension of sentence is **VACATED**, and that the state district court is **ORDERED** to resentence petitioner in conformity with Miller v. Alabama, 132 S. Ct. 2455 (2012), within ninety (90) days or, in the alternative, to release him from confinement.

New Orleans, Louisiana, this 18th day of April, 2016.

UNITED STATES DISTRICT JUDGE